IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CRYSTAL POOLE<br><br>                Defendant. | No. CR 12-0389 SI<br><br>[PROPOSED] STIPULATED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>**Sentencing Hearing Date:**<br>December 14, 2012 at 11:00 a.m. |

    The defendant Crystal Poole made her initial appearance on May 18, 2012 before this Court and was released on an unsecured bond. On September 7, 2012, Ms. Poole entered a guilty plea to three counts of the charged superseding indictment before the Honorable Susan Illston. Sentencing in Ms. Poole's matter is scheduled for December 14, 2012.

    In this stipulated order, counsel for Ms. Poole represents that her plea of guilt was immediately reported in the local press. Ms. Poole's employer then terminated her.

    Because she is not now employed and does not have the resources to continue to reside in the Bay area, Ms. Poole respectfully requests that her conditions of pretrial release be modified to permit her to reside with her mother in Jackson, Mississippi, until her sentencing and self-surrender into custody. Neither Pretrial Services nor the government objects to this

*Poole*, CR 12-0389 SI
ORD. MOD. COND. PRETRIAL RELEASE

request.

Therefore, for good cause shown Ms. Poole's conditions of pretrial release are modified as follows:

1. Ms. Poole shall reside with her mother, Ms. Pearlie Peterson, at 938 Arbor Vista Blvd. in Jackson, Mississippi;
2. Ms. Poole shall provide her supervising Pretrial Office with the telephone number for that residence, and shall keep Pretrial Services apprised of any changes in that number;
3. Ms. Poole shall be permitted to travel between Jackson, Mississippi, and the Northern District of California and within the Northern and Southern Districts of Mississippi, but shall only reside with her mother in Jackson, Mississippi;
4. Ms. Poole shall provide to Pretrial Services an itinerary of any travel between Mississippi and the Northern District of California at least forty-eight hours in advance;
5. Upon transfer of supervision to Pretrial Services for the Southern District of Mississippi, Ms. Poole shall contact and then be interviewed and monitored by, that office;
6. This order shall remain in effect until sentencing. Ms. Poole's ability to self-surrender, and conditions of release pending self-surrender, will be determined by District Judge Illston;

//
//
//
//
//
//
//
//

*Poole*, CR 12-0389 SI
ORD. MOD. COND. PRETRIAL RELEASE        2

7. All other terms and conditions in the original order of pretrial release shall remain in effect.

IT IS SO ORDERED.

September 27, 2012
DATED

LAUREL BEELER
United States Magistrate Judge

IT IS SO STIPULATED.

September 26, 2012          /s
DATED

MELINDA HAAG
United States Attorney
Northern District of California
BRIAN BAILEY
Trial Attorney


September 26, 2012          /s
DATED

GEOFFREY A. HANSEN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender